IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-00429-MEH

ELIZABETH KRIETE,

    Plaintiff,

v.

PAYMENT AMERICAN SYSTEMS, INC.,

    Defendant.

---

### ORDER DISMISSING CASE WITH PREJUDICE
---

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is Plaintiff's Notice of Withdrawal of Complaint and Voluntary Dismissal of Action with Prejudice Pursuant to Rule 41(a) [filed April 15, 2014; docket # 8]. The Court construes the Notice pursuant to Fed. R. Civ. P. 41(a)(1)(i), and finds the Notice and terms of the dismissal proper. Thus, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear hers or its own fees and costs. The Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 16th day of April, 2014.

                                BY THE COURT:

                                */s/ Michael E. Hegarty*

                                Michael E. Hegarty
                                United States Magistrate Judge